

# DEREK SMITH
## LAW GROUP, PLLC
Employment Lawyers Representing Employees Exclusively

November 13, 2019

**VIA ECF**

Honorable Alvin K. Hellerstein, U.S. District Court Judge
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/19
```

RE: Michael Dimas v. Francios Payard, LLC, et al.
Civ. No. 18-cv-07873

Dear Judge Hellerstein:

We represent Plaintiff, Michael Dimas, in the above-referenced action. I write to inform the Court that this matter has reached settlement in principal. The parties are currently finalizing a settlement agreement. Accordingly, we ask that Your Honor issue an order of discontinuance without costs to any party and without prejudice preserving Plaintiff's right to submit an application to the Court within 60 days to restore this action to the Court's calendar in the unlikely event that settlement is derailed or Defendants fail to fulfill their obligations under the settlement agreement. Obviously, this request would include cancellation of the status conference currently scheduled for this Friday, November 15, 2019 at 10:00 AM.

Thank you for your consideration in this matter.

Respectfully submitted,

Seamus P. Barrett, Esq.

---

A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 11-14-19

---

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com