USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2020



**DEREK SMITH LAW GROUP, PLLC**
Employment Lawyers Representing Employees Exclusively

March 12, 2020

So ordered.

*[signature]* Alvin K. Hellerstein
3-12-20

**VIA ECF**

Honorable Alvin K. Hellerstein, U.S. District Court Judge
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        RE:    Michael Dimas v. Francios Payard, LLC, et al.
              Civ. No. 18-cv-07873

Dear Judge Hellerstein:

We represent Plaintiff, Michael Dimas, in the above-referenced action. I write to Your Honor to request an extension of the date to submit the documentation necessary to substantiate Plaintiff's claimed damages per You Honor's recent order in Docket entry #67 of this matter. Plaintiff requests an extension of three (3) weeks from the current date of 3/13/2020 to 4/3/2020.

We make this request due to the disruption in our firm's business due to the outbreak of the COVID-19 coronavirus in New York City area. As a precautionary measure our firm's entire staff has transitioned to working from home as of yesterday, 3/11/2020. This abrupt and unexpected transition has prevented Plaintiff's counsel from being able to compile all of verified documents necessary to comply with You Honor's order.

Because of the disruption the coronavirus has caused in the City, I also respectfully request to be excused from delivering a hardcopy of this letter to the Courthouse at 500 Peal Street, as required in Your Honor's Individual Rules.

Thank you for your consideration in this matter.

                                          Respectfully submitted,

                                          Seamus P. Barrett, Esq.

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com