UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Index No.: 1:18-cv-07873-AKH
MICHAEL DIMAS,

                        Plaintiff,                [PROPOSED]
                                                                          JUDGMENT
    -against-                          GRANTING DEFAULT

FRANCOIS PAYARD LLC,
116 WEST HOUSTON STREET LLC,
MAFP VENTURES LLC, FPB LLC,
PIERRE FRANÇOIS PAYARD, individually,
LAETITIA DROUBAY, individually, and
JULIEN KHALAF, individually,

                        Defendants.
------------------------------------------------------------X

The Court, having granted default judgment with respect to liability against Defendants MAFP Ventures LLC and Julien Khalaf, having read and considered Plaintiff MICHAEL DIMAS' Notice of Motion, Memoranda of Law In Support of Plaintiff's Motion, the Declaration of Seamus P. Barrett, Esq., all evidentiary exhibits attached thereto, the Declaration of Plaintiff Michael Dimas and the Declaration of witness Desiree Baena,

**NOW HEREBY** grants Plaintiff Default Judgment against Defendants MAFP VENTURES LLC and JULIEN KHALAF jointly and severally in the amount of $113,624.00 broken down as follows:

| | |
|---|---:|
| Pecuniary damages for lost wages and back pay: | $62,700.00 |
| Non-pecuniary damages for emotional distress: | $15,000.00 |
| Punitive damages available for Plaintiff's claims arising under the NYCHRL: | $15,000.00 |
| Attorney's fees, expenses and costs: | $20,924.00 |
| **Total default judgment:** | **$113,624.00** |

Thus, the total amount of default judgment jointly and severally against Defendants MAFP Ventures LLC and Julien Khalaf, is $113,624.00

**IT IS SO ORDERED**

DATED: *Nov 2, 2020*

                                                HON. ALVIN K. HELLERSTEIN
                                                UNITED STATES DISTRICT JUDGE