UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
DIMAS                                                          :
                                                               :
                      Plaintiff,                               :
                                                               :   **ORDER**
            v.                                                 :
                                                               :   18 Civ. 7873 (AKH)
FRANCOIS PAYARD, LLC et al.,                                   :
                                                               :
                      Defendants.                              :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On March 4, 2019 I approved the voluntary dismissal of the above-captioned case against certain Defendants. ECF n0. 31. On November 2, 2020 I issued an order granting default judgment against the remaining Defendants. ECF No. 84. Accordingly, the Clerk shall mark the case closed.

SO ORDERED.

Dated: New York, New York
       March 17, 2022

                                                                _____/s/_____
                                                                ALVIN K. HELLERSTEIN
                                                                United States District Judge