UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                        :
MICHAEL DIMAS,                       :
                                        :   **<u>ORDER</u>**
                   Plaintiff,         :
  -against-                        :   18 Civ. 7873 (AKH)
                                        :
FRANCOIS PAYARD LLC et al.,    :
                                        :
                   Defendants.      :
                                        :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On March 4, 2019, I approved the voluntary dismissal of the above-captioned case as to certain defendants. ECF No. 31. On April 28, 2020, I granted Plaintiff's motion for default judgment against the only two defendants remaining in the action at that time—MAFP Ventures LLC ("MAFP") and Julien Khalaf ("Khalaf"). ECF No. 67. On November 2, 2020, I entered a default judgment jointly and severally against MAFP and Khalaf. ECF No. 84. On March 17, 2022, I ordered that this case be closed. ECF No. 85.

       Khalaf subsequently retained counsel, who engaged in substantial discussions with Plaintiff's counsel regarding resolution of the default judgment. On April 14, 2023, Khalaf's counsel informed me that Plaintiff had agreed to vacate the judgment with respect to Khalaf, and on April 24, 2023, I instructed counsel to file a motion or stipulation to this effect for the Court's approval. ECF No. 86.

       In light of the foregoing, the Clerk of Court shall re-open the case. Khalaf is hereby granted leave to file a stipulation and jointly proposed order (1) vacating the default judgment against Khalaf, (2) dismissing Plaintiff's claims against Khalaf in the above-captioned

1

case, and (3) instructing the Clerk of Court to close the case. The proposed order shall specify that the default judgment is undisturbed with respect to MAFP.

        SO ORDERED.

Dated:     June 21, 2023                         /s/ Alvin K. Hellerstein
            New York, New York           ALVIN K. HELLERSTEIN
                                                    United States District Judge